IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

───────────────────────────────────────────────

| Courtroom Deputy: | Bernique Abiakam | Date: September 9, 2014 |
| Court Reporter: | Mary George | Probation: Andrea Bell |

───────────────────────────────────────────────

Criminal Action No.: 13-cr-00353-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Jeremy S. Sibert

    Plaintiff,

v.

DERRICK DESEAN RICHARDSON,                  Robert W. Pepin

    Defendant.

───────────────────────────────────────────────

## COURTROOM MINUTES
───────────────────────────────────────────────

HEARING - SENTENCING

2:34 p.m.     Court in Session.  Court calls case.  Appearances.

Defendant is present and in custody.

Oath administered to the defendant.

Preliminary remarks by the Court.

Sentencing Statement by Mr. Sibert (The Government).

Sentencing Statement by Mr. Pepin (Defense counsel).

Discussion regarding any objections to the PSIR.

*13-cr-00353-WJM*
*Sentencing*
*September 9, 2014*

**ORDERED:   Defendant's objections are OVERRULED as MOOT and WITHDRAWN, as specified.**

Discussion regarding guideline calculations and objections.

Discussion regarding objection to PSIR paragraphs 19-23.

Defendant's second objection is SUSTAINED, as specified.

Defendant's Allocution.

> Defendant plead guilty to Count One of the Indictment on December 16, 2013.

Argument heard on Doc. Nos. 29 and 39.

Comments and rulings by the Court.

**ORDERED:   Motion For Statutory Sentence (Filed 3/4/14/; Doc. No. 29) is GRANTED in PART and DENIED in PART, as specified.**

**ORDERED:   Motion To Correct Motion for Statutory Sentence (Filed 8/4/14; Doc. No. 39) is GRANTED.**

**ORDERED:   Government's Oral Motion For Acceptance of Responsibility is GRANTED.**

**ORDERED:**   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant DERRICK DESEAN RICHARDSON, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 50 months.

In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.

The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.

ORDERED:   Upon release from imprisonment defendant is placed on supervised release for a term of 3 years.

*13-cr-00353-WJM*
*Sentencing*
*September 9, 2014*

        Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.

        While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.

        The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.

        The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** **Special Conditions of Supervised Release:**

    **1.** **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.**

    **2.** **The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

    **3.** **The defendant shall have no association with gang members or participate in any gang activity to include displaying of gang paraphernalia.**

    **4.** **Pursuant to the Rule 32.2 of the Federal Rules of Criminal Procedure, and defendant's agreement in his plea agreement, the defendant shall forfeit to the United States any and all property referenced, itemized and stipulated in said plea agreement.**

**ORDERED:** **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

*13-cr-00353-WJM*
*Sentencing*
*September 9, 2014*

**ORDERED:  Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed pursuant to his conditional plea of guilty.

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

3:43 p.m.    Court in Recess
             Hearing concluded
             Time: 1 hour, 9 minutes.